## STATEMENT OF FACTS

On October 18, 2014, members of the Metropolitan Police Department's, Seventh District, responded to a radio run for a man with a gun at 1635 V Street, S.E., Washington, D.C. When the officers arrived at the location they interviewed witnesses and determined that the male occupant of apartment #303 had pointed a silver hand gun at the complainant. The officers went to apartment #303 and detained the defendant, Cornell Barber, inside the apartment. The officers obtained consent to search the apartment and recovered a loaded silver colored .38 caliber revolver from the bedroom closet. Cornell Barber was placed under arrest and admitted that the revolver recovered inside the apartment belonged to him. To the best of the undersigned officer's knowledge, defendant Barber, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court for the District of Columbia, Criminal Case No. 1993-FEL-001618. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime.

_____
OFFICER SAMUEL DESIR
METROPOLITAN POLICE DEPARTMENT
SEVENTH DISTRICT

SWORN AND SUBSCRIBED BEFORE ME ON THE _____ DAY OF OCTOBER, 2014.

_____
U.S. MAGISTRATE JUDGE